# Return of Service

## IN THE IOWA DISTRICT COURT IN AND FOR MARION COUNTY

| | |
|---|---|
| **JOHN DOE AND JANE DOE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, NANCY DOE**<br>**VS**<br>**ED BULL, IN HIS OFFICIAL CAPACITY AS COUNTY ATTORNEY OF MARION COUNTY, IOWA** | Case Number: **4:16-CV-00521**<br>Civil Number: **16-001409**<br>Date Received: **09/30/2016** @ **15:26**<br>Date Printed: 10/03/2016 @ 9:36 |

**STATE OF IOWA**
**MARION COUNTY** }

I hereby certify that I served a copy of:

**SUMMONS IN A CIVIL ACTION**                              AFFIDAVIT
**COMPLAINT**
**MOTION**

**To:**   BULL,ED   at   MARION CO COURTHOUSE, KNOXVILLE, IA 50138
          on **09/30/2016** @ **16:08**          Type of Service: **PERSONAL**

Remarks:   PERSONALLY SERVED ED BULL, AT THE MARION COUNTY COURTHOUSE, ON 9/30/16.

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY AND PRELIMINARY AND PERMENANT INJUNCTIVE RELIEF; MOTION FOR TEMPORARY RESTRAINING ORDER; AFFIDAVIT OF JANE DOE; MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER.

Case Notes:

**Fees:**
| | |
|---|---|
| Service Fees: | 30.00 |
| Mileage: | 3.00 |
| Copies: | 12.50 |
| Total: | 45.50 |

JASON SANDHOLDT, SHERIFF
MARION COUNTY

By: _/s/ [signature]_
/S/   DEPUTY   JACOB SMITH

Paid By:   Gourley Rehkemper & Lindholm PC
Date:      10/11/16
Check #:   12766