# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

_____

| | |
|---|---|
| JOHN DOE and JANE DOE, individually and on behalf of their minor daughter, NANCY DOE, | |
| *Plaintiffs*, | |
| v. | Case No. 4:16-cv-00521-CRW-CFB |
| ED BULL, in his official capacity as County Attorney of Marion County, Iowa, | NOTICE OF APPEARANCE |
| *Defendant*. | |

_____

The undersigned, Joseph Fraioli, of the American Civil Liberties Union Foundation of Iowa, hereby enters an appearance of behalf of Plaintiffs, John Doe and Jane Doe, and on behalf of their minor daughter, Nancy Doe.

/s/ Joseph Fraioli
**Joseph A. Fraioli,** AT0011851
ACLU FOUNDATION OF IOWA, INC.
505 Fifth Ave., Ste. 901
Des Moines, IA 50309–2316
Telephone: 515.259.7047
Fax: 515.243.8506
Email:  Joseph.Fraioli@aclu-ia.org

*Attorney for Plaintiffs*