**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| JOHN DOE and JANE DOE, individually and on behalf of their minor daughter, NANCY DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ED BULL, in his official capacity as County Attorney of Marion County, Iowa,<br><br>Defendant. | Case No. 4:16-cv-00521-RP-CFB<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW, Plaintiffs, by and through their attorneys, and respectfully provide notice of supplemental authority relevant to Plaintiffs' Equal Protection sex discrimination argument.

In their Memorandum in Support of Plaintiffs' Motion for A Preliminary Injunction, Plaintiffs cited the Order denying defendant Fort Collins's Motion to Dismiss in the case *Free the Nipple—Fort Collins v. City of Fort Collins*, No. 16-cv-01308-RBJ, 2016 WL 6212520 (Dist. Co. Oct. 20, 2016). Plaintiffs cited the case as non-binding but highly persuasive authority for Plaintiffs' proposition that it violates Equal Protection to criminalize behavior by women and girls (here, Nancy Doe's taking two non-nude photographs of herself), which would not be subject to any regulation or penalty were she instead a boy or a man. (Pls.' Mem. in Supp. of Pls' Mot. for a Prelim. Inj., Dec. 13, 2016, at 31-33.)

Since the date of said brief, the United States District Court for the District of Colorado granted a preliminary injunction in favor of plaintiffs' claims. The order is attached.

April 17, 2017

Respectfully submitted,

/s/ Rita Bettis
Rita Bettis, AT0011558

/s/ Joseph Fraioli
Joseph A. Fraioli, AT0011851

ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 901
Des Moines, IA 50309–2316
Telephone: 515.243.3988
Fax: 515.243.8506
rita.bettis@aclu-ia.org
joseph.fraioli@aclu-ia.org

s/Glen S. Downey
Glen S. Downey AT0012428

The Law Offices of Glen S. Downey, LLC
301 East Walnut St., Ste. 4
Des Moines, IA 50309
Tel: (515) 259-9571
Fax: (515) 259-7599
glen@downey-law.net

s/Robert G. Rehkemper
Robert G. Rehkemper AT0006553

s/Matthew T. Lindholm
Matthew T. Lindholm AT0004746

440 Fairway Drive, Suite 210
West Des Moines, Iowa 50266
Telephone: (515) 226-0500
Facsimile: (515) 244-2914
rgrehkemper@grllaw.com
mtlindholm@grllaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: April 17, 2017

/s/Rita Bettis
Rita Bettis